**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Willie James Mitchell, Jr., <br> Petitioner, <br> v. <br> Charles L Ryan, et al., <br> Respondents. | No. CV-18-03153-PHX-ROS <br> **ORDER** |

On December 23, 2019, Magistrate Judge Michelle H. Burns issued a Report and Recommendation ("R&R") recommending the amended petition for writ of habeas corpus be denied as untimely. (Doc. 16). Petitioner did not file objections. The absence of objections means this Court has no obligation to review the R&R. *See Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (holding "district courts are not required to conduct any review at all" of an R&R if no objections are made).

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 16) is **ADOPTED IN FULL**. The petition for writ of habeas corpus (Doc. 9) is **DENIED** and **DISMISSED WITH PREJUDICE**.

…

…

…

…

**IT IS FURTHER ORDERED** a Certificate of Appealability and leave to proceed in forma pauperis on appeal are **DENIED** because the dismissal of the petition is justified by a plain procedural bar and jurists of reason would not find the procedural ruling debatable.

Dated this 3rd day of February, 2020.

_____
Honorable Roslyn O. Silver
Senior United States District Judge